BERTHA G. LEVINE, on Behalf of Herself and All Other Creditors of the Estate of LOUIS L. GREY, Deceased, Appellant, v. HAROLD N. GREY, Respondent.

— In an action to set aside changes of beneficiary of a policy of life insurance and to compel respondent to account for the proceeds of the policy, judgment for respondent dismissing the complaint on the merits after trial by the court, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Nolan, Sneed and Wenzel, JJ.